UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CV2128 TIA ) |
| ONE SOURCE BUILDERS, INC., et al., | ) ) ) |
| Defendants. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on American Contractors Indemnity Company's Motion for Attorney's Fees (ECF No. 47). The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

On October 24, 2013, the Court granted Plaintiff's Motion for Summary Judgment and entered Judgment in favor of Plaintiff American Contractors Indemnity Company and against Defendants One Source Builders, Inc. and Jeffrey Nations. Thereafter, on November 17, 2013, Plaintiff filed the present Motion for Attorney's Fees, requesting Ten Thousand Three Hundred Sixty-Eight Dollars and Sixty-One Cents ($10,368.61) for attorney's services provided in litigating this action. In support, Plaintiff has attached an Affidavit from John C. Yi, the Vice President, Bond Claims Director for HCC Surety Group, the entity responsible for administering claims made against bonds issued by Plaintiff. (Aff. of John C. Yi, ECF No. 47-1) Plaintiff has also attached copies of invoices from, and checks payable to, its attorney in the total amount of $10,368.61. (ECF No. 47-2) Defendants have not filed a response, and the time for doing so has expired.

The undersigned finds that Plaintiff is entitled to reimbursement of attorney's fees under section 2.6 of the General Indemnity Agreement. (ECF No. 1-1) Therefore, the Court will grant Plaintiff's Motion for Attorney's Fees.

Accordingly,

**IT IS HEREBY ORDERED** that American Contractors Indemnity Company's Motion for Attorney's Fees (ECF No. 47) is **GRANTED** and attorney's fees are awarded in the amount of Ten Thousand Three Hundred Sixty-Eight Dollars and Sixty-One Cents ($10,368.61).

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this  9th  day of April, 2014.